UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANNY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:04-0883 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| MIKE JOHANNS, SECRETARY, | ) | |
| U.S. DEPARTMENT OF AGRICULTURE | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 29) filed by the defendant, Secretary of Agriculture Mike Johanns, is **GRANTED**.

It is so ordered.

Enter this 14th day of December 2005.

ALETA A. TRAUGER
United States District Judge